FILED:  June 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1561
(A073-129-925)

_____

FIDEL ANTONIO VILLANUEVA-ZAMORA

        Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Appendix due: 09/18/2013

Opening brief due: 09/18/2013

Response brief due: 10/18/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk